FILED by ___ D.C.

NOV 0 7 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| Azael Dythian Perales e.g., | ) | |
| | ) | |
| (Plaintiff's) | ) | |
| Vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| United States of America et al., | ) | Civil Action No._____ |
| 696 E. Commonwealth Avenue | ) | |
| Fullerton, CA 92832 | ) | |
| John Doe e.g., Alias believed to be | ) | |
| " Arnold Palmer" | ) | |
| U.S. Government Compliance | ) | |
| Officer | ) | |
| | ) | |
| UNITED STATES OF AMERICA et al., | ) | |
| 1600 Pennsylvania Ave NW, | ) | |
| Washington, DC 20500 | ) | |
| | ) | |
| Donald John Trump e.g., | ) | |
| President of The United States of America | ) | |
| | ) | |

**Current Active or Acting Cabinet Members**

Vice President - Mike Pence e.g. or Acting VP

Announced July 15, 2016

Took office January 20, 2017


Secretary of State -  Rex Tillerson e.g. or Acting Sec. of State

Announced December 13, 2016

Took office February 1, 2017

1

Secretary of the Treasury - Steven Mnuchin e.g. or Acting Sec. of Treasury

Announced November 30, 2016

Took office February 13, 2017

Secretary of Defense - James Mattis e.g. or Acting Sec. of Defense

Announced December 1, 2016

Took office January 20, 2017 official photo (cropped).jpg

Attorney General of The United States & Top Law Enforcement Official – Jeffery Sessions e.g.

Or Acting Attorney General

Announced November 18, 2016

Took office February 9, 2017

Secretary of the Interior - Ryan Zinke e.g. or Acting Sec. of Interior

Announced December 15, 2016

Took office March 1, 2017

Secretary of Agriculture - Sonny Perdue e.g. or Acting Sec. of Agriculture

Announced January 18, 2017

Took office April 25, 2017

Secretary of Commerce - Wilbur Ross e.g. or Acting Sec. of Commerce

Announced November 30, 2016

Took office February 28, 2017

Secretary of Labor – Alex Acosta e.g. or  Acting Sec. of Labor

Announced February 16, 2017

Took office April 28, 2017

Secretary of Health and Human Services – Tom Price e.g. or Acting Sec. of HHS

Announced November 29, 2016

Took office February 10, 2017


Secretary of Housing and Urban Development – Dr. Benjamin Solomon Carson Sr.

Or Acting Sec. of HUD

Announced December 5, 2016

Took office March 2, 2017


Secretary of Transportation - Elaine Lan Chao born Ruth Mulan Chu Chao e.g. or

Acting Secretary of Transportation

Announced November 29, 2016

Took office January 31, 2017


Secretary of Energy – Rick Perry e.g. (Called to Eliminate DOE in 2011) or Acting Sec. of

Department of Energy

Announced December 14, 2016

Took office March 2, 2017

Former Governor of Texas


Secretary of Education - Betsy DeVos born Elisabeth Dee DeVos e.g. in 2016, the DeVos family was listed by *Forbes* as the 88th richest family in America, with an estimated net worth of $5.4 billion. Or Acting Secretary of Education

Announced November 23, 2016

Took office February 7, 2017


Secretary of Veterans Affairs - David Jonathon Shulkin e.g.  (born July 22, 1959) is the United States Secretary of Veterans Affairs. He was nominated by President Donald Trump and unanimously confirmed by the Senate on February 13, 2017. Prior to becoming the VA

3

Secretary, Shulkin served as the Under Secretary of Veterans Affairs for Health of the United States Department of Veterans Affairs from 2015 until 2017 in the Obama administration or Acting Sec. of Veterans Affairs - Veteran Suicide Statistics In 2014, an average of 20 Veterans died from suicide each day. 6 of the 20 were users of VA services.In 2014, Veterans accounted for 18% of all deaths from suicide among U.S. adults, while Veterans constituted 8.5% of the US population. In 2010, Veterans accounted for 22% of all deaths from suicide and 9.7% of the population. Approximately 66% of all Veteran deaths from suicide were the result of firearm injuries. For more information about this Fact Sheet, contact Dr. Caitlin Thompson, National Mental Health Director for Suicide Prevention and Community Engagement at 202- 461-4173.

Announced January 11, 2017

Took office February 14, 2017

Former Under Secretary

From Pennsylvania

Secretary of Homeland Security – Elaine Costanzo Duke(Acting) e.g. or Acting Duke served as Under Secretary of Homeland Security for Management at the department under both presidents George W. Bush and Barack Obama from July 2008 to April 2010.[3][4][5] She has more than 28 years of experience with the federal government. High-ranking Drug Enforcement Agency officials and their field agents threw wild sex parties with hookers hired by Colombian drug lords, the feds charged... ... report, admitted they had been to the orgies, held between 2005 and 2008. The investigation was launched in response to congressional inquiries following the 2012 prostitution scandal in Cartagena, Colombia, involving Secret Service agents.

Took office July 31, 2017


White House Chief of Staff – John Francis Kelly (born May 11, 1950) is the current White House Chief of Staff for US President Donald Trump, previously serving as US Secretary of Homeland Security in the same administration.

Announced July 28, 2017

Took office July 31, 2017

Former Secretary of Homeland Security

From Virginia - With these words, the United States Supreme Court, in a unanimous decision on May 17, 1954, ruled that *de jure* school segregation was unconstitutional and paved the way for desegregation of educational institutions. The story of the Court's ruling and its aftermath is one of slow and steady chipping away at old laws and customs to achieve equal rights for all Americans. Legal segregation had existed under the "separate but equal" doctrine, but in most instances the separate educational facilities and opportunities the Southern states offered to African Americans were inferior, not equal, to those for white Americans. From the 1930s to the 1970s lawyers from the National Association for the

Advancement of Colored People used the courts to achieve equal pay for African American teachers and equal facilities and curriculum for African American students.

These web pages explore Virginia's reaction to the Brown decision, especially through the letters and petitions of individual citizens and organizations sent to elected officials.  Responses to the *Brown v. Board of Education* ruling ranged from enthusiastic approval to bitter opposition. The General Assembly adopted a policy of "Massive Resistance," using the law and the courts to obstruct desegregation. In 1958 the governor closed schools in Warren County, Norfolk, and Charlottesville rather than allow them to desegregate under court order. The following year, state and federal courts invalidated Virginia's "Massive Resistance" statutes, but public schools in Prince Edward County, where the Virginia case against segregated school had originally been filed, remained closed for five years as some white Virginians fought desegregation of schools. In the end, the public's support for public schools overrode the desires of some Virginians to maintain racial segregation.

"Linwood Holton, who turns 93 next month, was the Republican governor of Virginia from 1970 to 1974 who made the decision to desegregate Virginia schools," Kaine, the Democratic vice presidential nominee, debunked said during an Aug. 4 2016 speech to the National Urban League.


United States Trade Representative - Robert Emmet "Bob" Lighthizer e.g. or Acting U.S. Trade Rep.

Robert Emmet "Bob" Lighthizer served as chief minority counsel and chief counsel and staff director for the United States Senate Committee on Finance. In 1983, during the Reagan administration, he became deputy trade representative. Lighthizer was a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom..

If president Donald Trump wants to lower the United States' nearly $70 billion trade deficit with Japan, he shouldn't count on American cars to do the trick.

The popularity of Japanese cars in the US has often vexed American automakers, but Japanese consumers don't have the same affinity for American-made vehicles. Japanese cars dominate auto sales in Japan, accounting for around 90% of the market.

Cars and light trucks from the US accounted for just 0.3% of the close to 5 million vehicles sold last year in Japan, or about 15,000, the New York Times (paywall) pointed out, adding that was less than a single Japanese dealership in California sold last year. At the time he was chosen by President Trump to serve as USTR, Ambassador Lighthizer was a partner at the law firm Skadden, Arps, Slate, Meagher & Flom LLP (Skadden), where he practiced international trade law for over 30 years. Prior to becoming Deputy USTR, Ambassador Lighthizer was Chief of Staff of the United States Senate Committee on Finance for Chairman Bob Dole.  In this position, he was a key player in enacting the Economic Recovery Tax Act of 1981, which was the most significant tax reform in decades, as well as the other basic elements of the Reagan economic program.

Announced January 3, 2017

Took office May 15, 2017

Former Deputy USTR


Director of National Intelligence - Daniel Ray Coats e.g. or Acting Dir. Of Intelligence

Announced January 7, 2017

Took office March 16, 2017

Former U.S. Senator: In 1993, Coats emerged as an opponent of President Clinton's effort to allow LGBT individuals to serve openly in the armed forces. Coats was one of the authors of the Don't Ask, Don't Tell policy and opposed its 2011 repeal. He does not support same-sex marriage but opposes interference with "alternative lifestyles".In 2001, Coats was reportedly one of George W. Bush's top choices to be Secretary of Defense, a job eventually given to Donald Rumsfeld who had previously held the post under President Gerald Ford. In 2007, Coats served as co-chairman of a team of lobbyists for Cooper Industries, a Texas corporation that moved its principal place of business to Bermuda, where it would not be liable for U.S. taxes. In that role, he worked to block Senate legislation that would have closed a tax loophole, worth hundreds of millions of dollars to Cooper Industries.

Coats served as co-chairman of the Washington government relations office of King & Spalding.


Ambassador to the United Nations - Nikki Haley e.g.

Announced November 23, 2016

Took office January 27, 2017

Former Governor

Nikki Haley

From South Carolina-

South Carolina Gov. Nikki Haley is sharpening her criticism of presumptive Republican presidential nominee Donald Trump, linking his rhetoric to the 2015 shooting at a black church in Charleston, S.C. / While Haley said she doesn't think Trump's supporters are racists, she told The Associated Press that the rhetoric he uses is dangerous. She invoked the Charleston shooting, in which Dylann Storm Roof is accused of killing nine black parishioners at the Emanuel African Methodist Episcopal Church there. Source: The Hill by BY JESSE BYRNES - 06/03/16 09:37 AM EDT

Office of Management and Budget - Mick Mulvaney e.g. or Active Dir. Of OMB

Announced December 16, 2016

Took office February 16, 2017


Director of the Central Intelligence Agency – Mike Pompeo e.g. or Acting Dir. Of CIA

Mike Pompeo stated the CIA is very aware that the FBI has the primary role in counterintelligence in the United States, and that it would not be appropriate for the agency to interfere or try to direct the FBI's investigation," said a former senior intelligence official. See}

Case No. 8:2010CV00016 / Azael Dyrhian Perales Vs. Apex Building Maintenance

Announced November 18, 2016

Took office January 23, 2017

Former U.S. Congressional Representative from Kansas


Secretary of The Environmental Protection Agency- Scott Pruitt e.g. or Acting Sec. of EPA

Announced December 7, 2016

Took office February 17, 2017

Former Attorney General 17th Attorney General of Oklahoma

From Oklahoma- Honorable Court The State of Oklahoma has the largest population of Federal Employees Federal Workforce: 34,782

Largest Federal Departments / Agencies (number of employees in parentheses): Department of Defense (20,810), Department of Transportation (3,588), Department of Veterans Affairs (3,172), Department of Health and Human Services (1,695), and the Department of the Interior (1,116).


Administrator of the Small Business Administration Linda McMahon e.g. or Acting Admin.

Of The Small Business Administration

Announced December 7, 2016

Took office February 14, 2017

Former WWE CEO

From Connecticut

**The Federal Financial Institutions Examination Council (FFIEC) et al.,**

The Federal Financial Institutions Examination Council (FFIEC) was established on March 10, 1979, pursuant to title X of the Financial Institutions Regulatory and Interest Rate Control Act of 1978 (FIRA), Public Law 95-630. In 1989, title XI of the Financial Institutions Reform, Recovery and Enforcement Act of 1989 (FIRREA) established The Appraisal Subcommittee (ASC) within the Examination Council.

APPENDIX D: ORGANIZATIONAL LISTING OF
PERSONNEL

Members of the Council
Martin J. Gruenberg e.g.  Chairman/FFIEC
Chairman
Federal Deposit Insurance Corporation...


Richard Cordray e.g. Vice Chairman/FFIEC
Director
Consumer Financial Protection Bureau

J. Mark McWatters e.g.
Chairman
National Credit Union Administration

Keith A. Noreika e.g.
Acting Comptroller of the Currency
Office of the Comptroller of the Currency

Jerome H. Powell e.g.
Member
Board of Governors of the Federal Reserve System

Greg Gonzales e.g.
Commissioner
Tennessee Department of Financial Institutions

The Council is a formal interagency body empowered to prescribe uniform principles, standards, and report forms for the federal examination of financial institutions by the Board of Governors of the Federal Reserve System (FRB), the Federal Deposit Insurance Corporation (FDIC), the National Credit Union Administration (NCUA), the Office of the Comptroller of the Currency (OCC), and the Consumer Financial Protection Bureau (CFPB) and to make recommendations to promote uniformity in the supervision of financial institutions. To encourage the application of

uniform examination principles and standards by the state and federal supervisory authorities, the Council established, in accordance with the requirement of the statute, the State Liaison Committee composed of five representatives of state supervisory agencies. In accordance with the Financial Services Regulatory Relief Act of 2006, a representative state regulator was added as a voting member of the Council in October 2006.

The Council is responsible for developing uniform reporting systems for federally supervised financial institutions, their holding companies, and the nonfinancial institution subsidiaries of those institutions and holding companies. It conducts schools for examiners employed by the five federal member agencies represented on the Council and makes those schools available to employees of state agencies that supervise financial institutions.

The Council was given additional statutory responsibilities by section 340 of the Housing and Community Development Act of 1980 to facilitate public access to data that depository institutions must disclose under the Home Mortgage Disclosure Act of 1975 (HMDA) and the aggregation of annual HMDA data, by census tract, for each metropolitan statistical area (MSA).

**Federal Financial Institutions Examination Council et al.,**
**Federal Financial Institutions**
**Examination Council**
**Arlington, VA 22226**

Daniel K. Tarullo e.g. or Acting Chairman

State Liaison & Department of Finance: Caroline Jones (TX), Karen Lawson (MI), Lauren Kingry (AZ), David Cotney (MA), and Mary Hughes (ID). Or Acting State Liaison Committee

Board of Governors of the Federal Reserve System, Consumer Financial Protection Bureau, Federal Deposit Insurance Corporation, National Credit Union Administration, Office of the Comptroller of the Currency, State Liaison Committee

*Agency executives*

Richard Cordray, Director, Consumer Financial Protection Bureau; Debbie Matz, Chairman, National Credit Union Administration; Daniel K. Tarullo, FFIEC Chairman, Member, Board of Governors of the Federal Reserve System; Martin J. Gruenberg, FFIEC Vice Chairman, Chairman, Federal Deposit Insurance Corporation; Thomas J. Curry, Comptroller of the Currency, Office of the Comptroller of the Currency; David J. Cotney, Commissioner of Banks, Commonwealth of Massachusetts.

**Task Force on Consumer Compliance Sub Committee All Active Members et al.,**

 The Task Force on Consumer Compliance (TFCC) promotes policy coordination, a common supervisory approach, and uniform enforcement of consumer protection laws and regulations.

The law establishing the Council and defining its functions requires the Council to develop uniform reporting systems for federally supervised financial institutions and their holding companies and subsidiaries. To meet this objective, the Council established the Task Force on Reports (TFOR).

Karen Smith, e.g. or Acting Manager FFIEC Examiner Education Office
3501 Fairfax Drive Room B-3030
Arlington, VA 22226-3550
Phone: (703) 516-5588


Task Force on Surveillance Systems et al., The TFSS oversees the development and implementation of uniform interagency surveillance and monitoring systems.


The FRB, FDIC, OCC, and NCUA have primary federal supervisory jurisdiction over 12,463 domestically chartered banks, savings associations, and federally insured credit unions. On December 31, 2015, these financial institutions held total assets of more than more than $19.5 trillion. The FRB has primary federal supervisory responsibility for commercial bank holding companies (BHCs) and for savings and loan holding companies (SLHCs).

Three banking agencies on the Council have authority to oversee the operations of U.S. branches and agencies of foreign banks. The International Banking Act of 1978 (IBA) authorizes the OCC to license federal branches and agencies of foreign banks and authorizes the FRB to approve applications for both federal and state branches and agencies. Prior to the Federal Deposit Insurance Corporation Improvement Act of 1991 (FDICIA), foreign banks could also have established federal and state branches that accepted retail deposits and were insured by the FDIC. However, after FDICIA, foreign banks that wish to operate entities in the United States that accept retail deposits must organize under separate insured U.S. subsidiaries.

Office of the Comptroller of the Currency et al., Active or Acting Comptroller e.g. - The OCC is the oldest federal bank regulatory agency, established as a bureau of the Treasury Department by the National Currency Act of 1863. It is headed by the Comptroller of the Currency, who is appointed to a five-year term by the President with the advice and consent of the Senate. The Comptroller is also a director of the FDIC and Neighbor Works America, and a member of the FSOC.


**EDISON INTERNATIONAL et al.,**
(Name of Issuer)

2244 Walnut Grove Avenue
(P.O. Box 976),
Rosemead, California 91770

Wells Fargo Shareowner Services
P.O. Box 64854
St. Paul, MN 55164-0854

Wells Fargo Bank, N.A.
Shareowner Services
1110 Centre Pointe Curve, Suite 100
Mendota Heights, MN 55120

**EDISON INTERNATIONAL et al.,**
**Investor Relations**
Mailing Address:
P.O. Box 976
Rosemead, CA 91770

Southern California Edison et al.,
8380 Klingerman St.
Rosemead, CA 91770

California Public Utilities Commission et al.,
505 Van Ness Avenue, 4th Floor
San Francisco, CA 94102

SCE Orange County Regional Office et al.,
1325 S. Grand Avenue, Building B
Santa Ana, CA 92705

SCE Saddleback Service Center et al.,
14155 Bake Parkway
Irvine, CA 92618

AT&T et al.,
211 S Akard St,
Dallas, TX 75202

AT&T et al.,
217 North Lemon Street
Anaheim, CA 92805

United States of America et al.,
731 South Grand Avenue
Santa Ana, CA 92705

United States of America et al.,
772 South Grand Avenue

Santa Ana, CA 92705

Fullerton Public Library et al.,
Computer Card Number: 21440004902519/ pin 8532
Public Library
353 W Commonwealth Ave
(714) 738-6333

City of Orange, California et al.,
300 E. Chapman Ave.
Orange, CA 92866

City of Anaheim, California et al.,
200 S. Anaheim Boulevard
2nd Floor, Room 217
Anaheim, CA 92805

Office of the Attorney General
1300 "I" Street
**Sacramento**, CA 95814-2919

Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Office of the Attorney General
455 Golden Gate, Suite 11000
**San Francisco**, CA 94102-7004

Office of the Attorney General
1515 Clay Street
**Oakland**, CA 94612-1499

Office of the Attorney General
P.O. Box 70550
Oakland, CA 94612-0550

Office of the Attorney General
2550 Mariposa Mall, Room 5090
**Fresno**, CA 93721-2271

Office of the Attorney General
300 South Spring Street
**Los Angeles**, CA 90013-1230


Office of the Attorney General
600 West Broadway Street, Suite 1800
**San Diego**, CA 92101-3702


Office of the Attorney General
P.O. Box 85266-5299
San Diego, CA 92186-5266


Orange County Transportation Authority et al., )
550 S. Main Street                          )
Orange, California 92868                     )
Darrell Johnson - CEO                        ) Related Case Nos. 17-1131C,17-867C,____
Ken Phipps - Deputy Chief Executive Officer  ) U.S. Court of Federal Claims Filed 8/16/2017
                                             ) CIV. 17-5059-JLV,In The California Depart-
First Group America, Inc. et al.,            )  ment of Social Services Filed 8/23/2017 RE:
d.b.a. - First Transit Inc et al.,           )  Case Nos.1B3HW81 & Calheers  5007-
1717 E. Via Burton,                          )  333538
Anaheim, CA 92806                            )
                                             ) Related Case No. 12-0446 (RMB)
                                             )
                                             )IRS Whistleblower Office Ogden Utah – Master
                                             ) Claim No. 2017-012144 & All Others
                                             )
                                             )
                                             ) Related Case No. GO46026 4th Appellate CA.
AT&T et al.,                                  ) District Division 3 - Filed 11/07/2011
211 S Akard St,                              )
Dallas, TX 75202                             )Related Case No.2010-5145 United States Court
                                             )Of Appeals for The Federal Circuit
AT&T et al.,                                  )
217 North Lemon Street                       )
Anaheim, CA 92805                            )
                                             )
                                             )
**EDISON INTERNATIONAL et al.,**             )
**Investor Relations**                       )
Mailing Address:                             )
P.O. Box 976                                 )
Rosemead, CA 91770                           )

Southern California Edison et al.,     )
8380 Klingerman St,
Rosemead, CA 91770

California Public Utilities Commission et al.,
505 Van Ness Avenue, 4th Floor
San Francisco, CA 94102

SCE Orange County Regional Office et al.,
1325 S. Grand Avenue, Building B
Santa Ana, CA 92705

SCE Saddleback Service Center et al.,
14155 Bake Parkway
Irvine, CA 92618

Southern California Edison International et al., )
2244 Walnut Grove Avenue     )
Rosemead, CA 91770     )
     )
Southern California Edison Basta Substation )
ID # SS3302 –Brookhurst Rd. South    )
Cross-Street Commonwealth Avenue 92832 )
     )
Southern California Edison Fullerton Substation)
ID # SS1161 – 218 E. Walnut Way    )
Fullerton, CA 92832     )
Cross-Street Walnut Avenue    )
     )
Southern California Edison et al.,    )
1917 Main Street     )
Santa Ana, CA 92707     )
     )
Southern California Edison et al.,    )
8380 Klingerman St,     )
Rosemead, CA 91770     )
     )
SCE Orange County Regional Office et al., )
1325 S. Grand Avenue, Building B    )
Santa Ana, CA 92705     )
     )
<u>Southern California Edison Power Lines</u>  )
Location: Williamson Ave 600 West    )
& Chestnut Place 100 South Fullerton, 92832 )
38 feet from intersection on side    )
Of former car Dealership are 3    )



)

Electrical elements.                                  )
Pole # (1) 1497745E                                   )
Pole # (2) 1497702E                                   )
Pole # (3) PS 0826 High Voltage                       )
                                                      )
                                                      )
Southern California Edison Intl. et al.,              )
1325 S Grand Ave,                                     )
Santa Ana, CA 92705                                   )
                                                      )
Wal-Mart Store # 2242                                 )     Espionage (colloquially, spying)
440 N Euclid St,                                      )     Adulterated Pharmaceutical
Anaheim, CA 92801                                     )     Drugs - Filed: September 4, -
                                                      )     2009 – In U.S. District Court
Wal-Mart Store                                        )     Central District of California
88 E Orangethorpe Ave,                                )     As Case No. 2:2009cv06452
Anaheim, CA 92801                                     )     Chief Judge: Audrey B. Collins
(714) 447- 6751                                       )
                                                      )   Related Case: Azael D. Perales Vs. Orange County
                                                      )  Transportation Authority et al.l & Others
                                                      )  U.S. District Court Central District of California
                                                      )  Case No.   8:2009cv01128 / Filed 10/01/2009
                                                      )
                                                      )
& All Related Defendants

(Defendant's)

I Azael Dythian Perales herby CONSENT TO MAGISTRATE JUDGES to this case Pursuant to:

A. Duties under 28 U.S.C. §§ 636(a)(1) and (2). Each Magistrate Judge
appointed by this Court is authorized to perform the duties prescribed by 28
U.S.C. § 636(a)(1) and (2) and may:

1. Exercise all the powers and duties conferred or imposed upon United
States commissioners or Magistrate Judges by law or the Federal Rules
of Criminal Procedure;

2. Administer oaths and affirmations, impose conditions of release under
18 U.S.C. § 3142 and take acknowledgments, affidavits, and depositions;

3. Conduct removal proceedings and issue warrants of removal in
accordance with Fed. R. Crim. P. 40;

4. Conduct extradition proceedings, in accordance with 18 U.S.C. § 3184; and

5. Supervise proceedings conducted pursuant to letters rogatory, in accordance with 28 U.S.C. § 1782.

My Street Address is:
(Homeless)

_____
Town/ City, State Zip Code

(714) 732-8532_____
 Telephone Number (daytime)

 My mailing Address is:
P.O. Box501
Fullerton, California 92836
Town/ City   State  Zip Code

Name: Azael Dythian Perales
        (Print Name)

_____
Signature:

Date: November 3, 2017_____

16

# ORIGINAL

## In the United States Court of Federal Claims

No. 17-1131C

(Filed: September 20, 2017)

**FILED**

SEP 20 2017

U.S. COURT OF
FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| AZAEL D. PERALES, | ) | |
| | ) | |
| Pro Se Plaintiff, | ) | Pro Se Complaint; Sua Sponte |
| v. | ) | Dismissal; Frivolous. |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

On August 21, 2017, plaintiff filed the fourth in a series of complaints in this court. His earlier complaints were all dismissed sua sponte for lack of subject matter jurisdiction, and his last two suits were described by this court as frivolous. See Case No. 17-867C (dismissed July 28, 2017); Case No. 11-91C (dismissed February 17, 2011); see also Perales v. United States, 93 Fed. Cl. 495 (dismissing plaintiff's petition for a writ of habeas corpus), aff'd, 399 F. App'x 581 (Fed. Cir. 2010). The latest complaint follows the pattern of the complaint filed in Case No. 11-867C -- identifying a large number of officials and agencies as defendants, alleging numerous violations of law, and attaching an incoherent array of documents espousing various legal principles.

The factual basis of the suit, however, is quite simply stated in the complaint:

> Starting in or around April 2008 to Present August 15, 2017 the Defendants conspired in acts of torture towards me by placing harmful electrical devices emitting powerful and dangerous radio signals to my brain while semi unconscious prior to falling asleep. The same devices are currently installed along the streets in electrical poles on the cross streets of Chestnut Street and Williams Avenue in the city of Fullerton, CA 92832 of in Orange County. The last signals I was subjected to this torture was on Thursday August 3, 2017 in violation of the Court['']s restraining order, thank you.

Compl. at 2. The "restraining order" is identified in the complaint as an order issued by this court "on or around May 2011." Id. The only order issued in plaintiff's 2011 case was the order of sua sponte dismissal for lack of jurisdiction, which described the complaint in that case as frivolous and "jurisdictionally baseless." Case No. 11-91C, ECF No. 4, at 3.

There is no subject matter jurisdiction in this court for claims of torture. Plaintiff's complaint is thus beyond the jurisdiction of this court and is, once again, frivolous. For this reason, the clerk's office is directed to **ENTER** judgment **DISMISSING** plaintiff's complaint, without prejudice, for lack of subject matter jurisdiction. As the court noted in its dismissal of Case No. 17-867C, filed less than two months ago, Mr. Perales has initiated a great number of lawsuits in federal courts in a vexatious and frivolous manner. For the reasons stated in that prior dismissal, his motion to proceed in forma pauperis, ECF No. 4, is again **DENIED**. Additionally, the clerk's office is directed to **RETURN** any future filings in this case that are not in compliance with this court's rules to plaintiff, unfiled, without further order.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Judge

2

ORIGINAL

# In the United States Court of Federal Claims

No. 17-867C

**FILED**

(Filed: July 28, 2017)

JUL 2 8 2017

U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| AZAEL D. PERALES, | ) |
| | ) |
| Pro Se Plaintiff, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pro Se Complaint; Sua Sponte
Dismissal; Frivolous.

## OPINION AND ORDER

On June 23, 2017, plaintiff in the above-captioned case, appearing pro se, filed a complaint in this court. Pl.'s Compl. ECF No. 1, (Filed Under Seal). Plaintiff also filed with his complaint: (1) an application to appear in forma pauperis (IFP Application), seeking permission to proceed without paying the court's filing fee, ECF No. 3; (2) a procedural motion moving the court to appoint a Special Master, pursuant to 42 U.S.C. §§ 200aa-12(c), ECF No. 4; and, (3) a motion to admit related cases, ECF No. 5. For the reasons stated below, plaintiff's complaint is **DISMISSED** as frivolous, plaintiff's IFP Application is **DENIED**, and plaintiff's procedural motion and motion to admit related cases are **DENIED** as moot.

I.      Plaintiff's Claims Are Frivolous

Mr. Perales' complaint is largely made up of nonsensical lists containing names of persons he identifies as defendants followed by several pages containing excerpts of criminal statutes generally pertaining to the Racketeer Influenced and Corrupt Organizations Act (RICO). Pl.'s Compl., passim. With limited exceptions, this court has authority to "issue judgments for money against the United States only when they are grounded in a contract, a money-mandating statute, or the takings clause of the Fifth Amendment." Drake v. Fitzwater, No. 15-408C, 2015 WL 1883766, at *1 (Fed. Cl. Apr. 23, 2015) (citing United States v. Testan, 424 U.S. 392, 397-98 (1976)) (emphasis added).

A D PERALES                                          WEEK PAID   03-26-17    $.00
CLAIM EXPIRES            05-07-17           03-23-

UNEMPLOYMENT COMPENSATION IS TAXABLE.  A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT.  YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.

SOCAL AUTHORIZATION CENTER
PO BOX 19007
SAN BERNARDINO  CA  92423-9007



**A D PERALES**
**PO BOX 501**
**FULLERTON CA  92836-0501**

3-2019 (11-16)

STATE OF CALIFORNIA / EMPLOYMENT DEVELOPMENT DEPARTMENT

SOCAL AUTHORIZATION CENTER
PO BOX 19007
SAN BERNARDINO   CA   92423-9007

OFFICIAL BUSINESS - PENALTY FOR PRIVATE USE, $300

# TIME SENSITIVE MATERIAL

172    HRQ-IAB    92836

A D PERALES
PO BOX 501
FULLERTON CA   92836-0501

PRESORTED
FIRST CLASS





US POSTAGE
$00.403
ZIP 92891
041M11306962





**PRIORITY MAIL ★**

VISIT US AT USPS.COM®
Label 106A, Jan 2015

**UNITED STATES POSTAL SERVICE®**

This product is for use with Priority Mail.
Misuse may be a violation of federal law.
This label is not for resale.

FROM: Azael D. Perales
P.O. Box 501 (Homeless)
Fullerton, CA 92836

TO:

U.S. Court of Federal Claims
"Complaint of Misconduct"
ATTN: Chief Judge / Petitions
Howard T. Markey National Crts. Bldg.
717 Madison Place, NW
Washington, DC 20439

Perales vs. Homeland Security (et al.)

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

P S 00 00010000014

U.S. POSTAGE
**$6.65**
PH 2-DAY
92834 0006
08/16/17
06 2500
R2305M115465-06

0006

**PRIORITY MAIL 2-DAY™**

EXPECTED DELIVERY 08/18/2017

SHIP
TO:

WASHINGTON DC 20439

**USPS TRACKING NUMBER**

9505 5000 3474 7228 0000 10

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

This envelope is made from post-consumer waste. Please recycle - again.

U.S. COURT FEDERAL Claims

Perales vs. Homeland Security et al.

Filed 8/16/2017

```
FULLERTON MAIN OFFICE APC 3
     1350 E CHAPMAN AVE
    FULLERTON, CA 92834-9998

08/16/2017                  09:00:30 AM

          Sales Receipt
Product        Sale    Unit      Final
Description     Qty    Price     Price

WASHINGTON, DC  20439              $6.65
Zone -8
Priority Mail 2-Day™ FR Env with
up to $50.00 Insurance and USPS
Tracking™ included
 %% USPS Tracking #:
 9505 5000 3474 7228 0000 10
 * Expected Delivery Day Friday,
August 18.

Issue Postage:                    $6.65

Total:                            $6.65

Paid by:
VISA                              $6.65
   Account #:      XXXXXXXXXXXX9673
   Approval #:     04144B
   Transaction #:  946
   4445023589002-99

SSK Transaction #:        1
USPS® #                   052904-9552

%% Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811,
or use this self-service kiosk (or any
self-service kiosk at other Postal
locations).

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

            Thanks.
    It's a pleasure to serve you.
```

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| AZAEL DYTHIAN PERALES, | CIV. 17-5059-JLV |
| Plaintiff, | |
| vs. | |
| JUDICIAL COUNCIL OF CALIFORNIA; HONORABLE TANI CANTIL-SAKAUYE, Chief Justice of California; MARTIN HOSHINO, Administrative Director; CORY JASPERSON, General Advocacy; LAURA SPEED; ACCESS TO JUSTICE; ALAN HERZFELD; DANIEL PONE; ANDI LIEBENBAUM; SHARON REILLY; CALIFORNIA SUPREME COURT; HONORABLE KATHRYN M. WERDEGAR; HONORABLE MING W. CHIN; HONORABLE GOODWIN H. LIU; HONORABLE MARIAN-FLORENTINO CUELLAR; HONORABLE LEONDRA R. KRUGER; UNITED STATES DEPARTMENT OF THE TREASURY; GREGORY D. KURTZ, Acting Deputy Inspector General for Inspections and Evaluations; KEVIN RILEY, Director; MEREDITH MCDANIEL, Supervisory Auditor; KYLE BAMBROUGH, Lead Auditor; FRANK O'CONNOR, Senior Auditor; COMMISSIONER OFFICE OF THE COMMISSIONER; PHIL SHROPHSHIRE; HEATHER HILL, Director; EARL CHARLES BURNEY, Supervisory Evaluator; GENE LUEVANO, Lead Program Analyst; KENNETH C. CORBIN, Commissioner; RUSSELL P. MARTIN, Assistant Inspector General for Audit; DEANN L. BAIZA, KATHLEEN A. HUGHES, Director; LINDA M. VALENTINE, Audit Manager; TRACEY M. HERNANDEZ, | JUDGMENT |

Lead Auditor; LANCE J. WELLING,
Senior Auditor; NATHAN J. CABELLO,
Information Technology Specialist;
TREASURY INSPECTOR GENERAL
FOR TAX ADMINISTRATION,

               Defendants.

Consistent with the court's order (Docket 10), it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor

of                      plaintiff.

Dated September 12, 2017.

               BY THE COURT:

               /s/ *Jeffrey L. Viken*
               JEFFREY L. VIKEN
               CHIEF JUDGE

CLERKS OFFICE, U.S. DISTRICT COURT
ANDREW W. BOGUE FEDERAL BUILDING
AND UNITED STATES COURTHOUSE
515 NINTH STREET, ROOM 302
RAPID CITY, SD 57701

OFFICIAL BUSINESS



$00.88

ZIP 57701
011D10630529

**Azael Dythian Perales**
**P.O. Box 501**
**Fullerton, CA 92836**

92836$90501 B004

Azael D. Perales
P.O. Box 501 (Homeless)
Fullerton, CA 92836

In The California Dept. Of Social Servi
Orange County Superior Court
"Confidential Complaint Of Misconduc
State Of California Dept Of Health And Huma
Attn: J. Williams (Case No. IB34W8(
P.O. Box 1943
Santa Ana, CA 92702-1943

"Hand Delivered To Clerk"

8/24/2017

**COUNTY OF ORANGE**                                          County of Orange Social Services Agency

## RECEIPT FOR DOCUMENTS

Case Name:
Case Number:
Worker Name:          J. Williams
Worker Number:        G1AF
Worker Telephone.     #14) 834. 8899
Date:                 08/24/2017

TO:          _____Azael Perales_____
                  (Applicant/Recipient Name)

The County has received the following verifications/documents:

    packet of documents

RECEIVED
2017 OCT -4  PM 2: 07

RECEIVED
2017 AUG 24  PM 2: 46

[X]   Original documents.

[ ]   Copies made, original documents returned to applicant/client.

By: Adrianna J Vargas _____

**COUNTY OF ORANGE**

## IMPORTANT
## Worker Contact Information

|  |  |
|---|---|
| Date: | 10/23/2017 |
| Case Name: | Azael Perales |
| Case Number: | 1B3HW81 |
| Worker Name: | M. Moreno |
| Worker Number: | E1AJ |
| Worker Telephone: | (714) 834-8992 |
| Worker Address: | PO BOX 1943 |
|  | Santa Ana CA 92702-1943 |

Azael Perales
PO BOX 501
Fullerton, CA 92836-0501

Dear Azael Perales

This is important information about your worker. Your worker information has changed.

M. Moreno _____ manages the following programs in your case:
Expedited Food Stamps, Food Stamps, General Relief

**YOU DO NOT NEED TO CALL YOUR WORKER AT THIS TIME.**
We will send you a new letter whenever this information changes.

If you need to see your worker, please call for an appointment. If you drop in without one, your worker may not be available to see you. Your worker's telephone number and address are in the upper right corner of this letter. His/ Her worker and office hours are listed below.

**Worker Hours:**
 Monday: 07:00 AM - , - 05:30 PM
 Tuesday: 07:00 AM - , - 05:30 PM
 Thursday: 07:00 AM - , - 05:30 PM
 Friday: 08:00 AM - , - 05:30 PM

**Office Hours:**
 Monday: 07:00 AM - , - 05:00 PM
 Tuesday: 07:00 AM - , - 05:00 PM
 Wednesday: 07:00 AM - , - 05:00 PM
 Thursday: 07:00 AM - , - 05:00 PM
 Friday: 07:00 AM - , - 05:00 PM

Your case number is above your worker name in the upper right corner of this letter. Please write your case number and worker number on anything you send to your worker. This will help to make sure that he/she gets it.

Comments:

**NOTICE OF ACTION**
General Relief Approval

COUNTY OF  ORANGE

Social Services Agency

| | |
|---|---|
| Notice Date | : 10/23/2017 |
| Case Name | : Azael Perales |
| Case Number | : 1B3HW81 |
| Worker Name | : M. Moreno |
| Worker Number | : E1AJ |
| Telephone | : (714) 834-8992 |
| Worker Hours | : SSA, 7:00 AM - 5:00 PM |
| 24 Hour Information | : (714) 541-4895 |
| Address | : PO BOX 1943 |
| | Santa Ana CA 92702-1943 |

Azael Perales
PO BOX 501
Fullerton, CA 92836-0501

Questions?  Ask your Worker.

**County Hearing:** If you think this action is wrong, you can ask for a hearing. The back of this page tells you how. Your benefits may not be changed if you ask for a hearing before this action takes place.

The County has approved your application for General Relief.

The first day of cash aid is 10/20/2017.

Your grant is $137.42 for the month of 10/2017.

Your budget is shown on this page.

Your certification period begins 10/20/2017 and ends 01/31/2018

Your employability status is EMPLOYABLE.

You have the right to appeal this decision, including the determination of your employability status.

For an explanation of your right to appeal, see the other side of this notice.

CalWIN 1-Orange Generic GA/GR Approval - Orange

Income Computation

| | | |
|---|---|---|
| Net Earned Income | $ | 0.00 |
| Other Income (i.e. IKI) | + | 0.00 |
| Countable Income | $ | 0.00 |

Budget Computations

| Month | | OCTOBER |
|---|---|---|
| Basic Aid Amount | $ | 355.00 |
| (for 1 people) | | |
| Special Needs | + | 0.00 |
| Countable Income | - | 0.00 |
| Monthly Medical Deductions | - | 0.00 |
| Overpayment Adjustment | - | 0.00 |
| Total Authorized Amount | $ | 137.42 |
| Amount Already Paid To You | - | 137.42 |
| Vendor Issue Amount | - | 0.00 |
| Ongoing Monthly Benefits You Will Get | $ | 355.00 |
| Prorated Amount You Will Get For 1st Month's Benefit | $ | 137.42 |

**Rules:** These rules apply. You may review them at your welfare office: General Relief Regulation Section(s): 30.5; 30.6; 30.7




**COVERED**
CALIFORNIA



Azael Perales
PO BOX 501
Fullerton, CA 92836-0501

Notice Date: October 23, 2017
CalHEERS Case Number: 5007333538

SAWS Case Number: 1B3HW81

Dear Azael Perales,

We have reviewed your eligibility for health coverage.  We used the information you gave us and state and federal data to make this decision.

**Azael Perales**
Your Medi-Cal will end the last day of 10/2017 because:

You told us you wanted your Medi-Cal benefits to end.

We used the information you gave us and our records to make our decision. If you have questions or think we made a mistake, or if you have more information to give us, call or write to your worker right away.

22 CCR : 50155 is the regulation or law we relied on for this decision. If you think we made a mistake, you can appeal. See "Your Hearing Rights" on the last page to learn how to appeal. You have only 90 days to ask for a hearing. The 90 days started the day after the county sent you this notice.

Azael D. Perales et al., Vs. Hon. Robert Dresser e.g., Hon. Ellen Corbett e.g., Hon. Brian Faulkner e.g., Hon. Mark Dimino e.g.

# IN THE CALIFORNIA SUPERIOR COURT ORANGE COUNTY SANTA ANA

AZAEL DYTHIAN PERALES et al.,

(Plaintiff's)

Vs.                                        Docket No._____

Hon. Robert Dresser e.g.
Hon. Ellen Corbett e.g.
Hon. Brian Faulkner e.g.
Hon. Mark Dimino e.g.

(Defendant's)

# "COMPLAINT"

(1.)Plaintiff Azael D. Perales et al., asserts to the honorable court to place ultimate constitutional responsibility on the Defendants (2.) I the Plaintiff am asserting to the honorable court to provide effective and conflict-free counsel at public expense to indigent defendants in all critical phases of a civil complaint & prosecution, which includes the case before the honorable court. The Defendants has caused undo harm to me the Plaintiff and derived unjust enrichment in their current capacity in the CUIAB et al., The Defendants are guilty of the following -

1.)     18 U.S.C. § Section 1001

2.)     18 U.S.C. § 371 (Conspiracy)

3.)     18 U.S.C. § 1030 (a)(2) (Misuse of Computer)

4.)     18 U.S.C. § 402 (Contempt's Constituting Crimes)

5.)     18 U.S.C. § 1344 (1) (2) (Bank Fraud)

6.)     18 U.S. Code § 1341 - Frauds and swindles

**Provide relevant dates and the names of others present. (Use additional sheets if necessary.**

7/7/2017 11:19 AM

Azael D. Perales et al., Vs. Hon. Robert Dresser e.g., Hon. Ellen Corbett e.g., Hon. Brian Faulkner e.g., Hon. Mark Dimino e.g.

### Case Filed: June 08, 2017

I am asserting Honorable CALIFORNIA SUPERIOR COURT ORANGE COUNTY SANTA ANA the Defendants are guilty of 18 U.S.C. Section §1001 (a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully -
(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;
shall be fined under this title, imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both.
I am asserting that the Defendants' are guilty of  Title 7> Other Offenses against Public Justice > California Penal Codes § 137.(b), § 140. (a), § 142.(4), § 145., § 146.(g), § 147., § 148.,§ 148.1, § 149., § 151., § 153., § 154., § 155., § 155.5., § 165.,  § 166., § 181., § 188. & § 401., The Defendants are also guilty of violation of  The Federal Food Stamp Act of 1977 (Public Law 95-113) ( Title 7 U.S.C. Section 2012(k) Chapter 51> § 2019 ).

_ (4) The *Federal Indigent Defense* 2015  and the Criminal Justice *Act* (1993) mandates and its officials "shall be responsible for assuring that adequate and effective legal representation is provided, independently of political considerations or private interests, to indigent persons who are entitled to representation under this chapter such as the Plaintiff Azael Dythian Perales, thank you.

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Date: **July 7, 2017**          Signature_____

                                    Name: **AZAEL DYTHIAN PERALES**___
                                    **(Typed or Print)**
**Telephone: (714)732-8532**       Address: **P.O. Box 501 Fullerton, California 92836**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Azael Dythian Perales et al.,
P.O. Box 501 (Homeless)
Fullerton, CA 92836

TELEPHONE NO. (714) 732-85332     FAX NO.:
ATTORNEY FOR *(Name):* Pro Se

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 W. Civic Center Drive
MAILING ADDRESS:
CITY AND ZIP CODE: Santa, Ana 92701
BRANCH NAME: Central Justice Center

CASE NAME:
Azael D. Perales V. Hon. R.Dresser,E.Corbett,B.Faulkner & M.Dimino

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited  [ ] Limited | [ ] Counter  [ ] Joinder | |
| (Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[✓] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [✓] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* 18 U.S.C.1001,371,1030(a)(2)402,1344(1)(2),1341,Title 7CPC 137(b)others
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 7, 2017

Azael Dythian Perales
_____     ▶
(TYPE OR PRINT NAME)          _____
                             (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |
|---|---|---|

**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| AZAEL DYTHIAN PERALES, | : | **Hon. Renée Marie Bumb** |
| Petitioner, | : | Civil Action No. 12-0446 (RMB) |
| v. | : | |
| AM. BANKERS ASSOC. PAC, et al., | : | **O P I N I O N** |
| Respondents. | : | |

**APPEARANCES:**

    AZAEL DYTHIAN PERALES
    P.O. Box 501
    Fullerton, California 92836
    Petitioner Pro Se

**BUMB**, District Judge:

Azael Dythian Perales filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 against the American Bankers Association and hundreds of respondents. Perales also filed an application to proceed in forma pauperis. For the reasons expressed below, this Court will summarily dismiss the Petition and deny a certificate of appealability.

## I.  BACKGROUND

On January 25, 2012, the Clerk received from Azael Dythian Perales, who describes himself as homeless, a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Aside from the caption, which is 30 pages long, the Petition essentially consists of two

Dockets.Justia.com

pages of unrelated legal citations, with the following allegations:

> The Defendants denied my access to U.S. Federal Courts. The Defendants failed to provide rights to a crime under the crime Victim' RIGHTS ACT OF 2004 . . . . I am requesting subsistence of evidence in a case currently in the U.S. First Circuit of Appeals (Case No. 10-8040) and that was before the U.S. Court for Veterans Claims & The U.S. Court of Appeals For the Sixth Circuit . . . . I respectfully motion the court to proceed in accordance with "Civ. R. 3292" Suspension of limitations to permit the United States of America to obtain foreign evidence} pursuant to "18 U.S.C. §3222. Disclosure in certain matters occurring before a grand jury . . .

[Dkt. 1 at 32.][1]

## II.   STANDARD OF REVIEW

"Habeas corpus petitions must meet heightened pleading requirements." McFarland v. Scott, 512 U.S. 849, 856 (1994). Habeas Rule 4 requires a judge to sua sponte dismiss a § 2254 petition without ordering a responsive pleading "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court."  28 U.S.C. § 2254 Rule 4, applicable through Rule 1(b).  Thus, "Federal courts are authorized to dismiss summarily any habeas petition that appears legally insufficient on its face."

---

[1] According to PACER, Azael Dythian Perales has filed 65 other actions or appeals in various federal courts since 2009. He filed almost identical habeas petitions last year, which Judge James V Selna dismissed for lack of jurisdiction and as frivolous.  See Perales v. Virgin Mobile USA, Civ. No. 11-1656 (JVS) opinion & order (C.D. Cal. Nov. 8, 2011); Perales v. US Marshal Service, Civ. No. 11-1699 opinion & order (C.D. Cal. Nov. 9, 2011).

McFarland, 512 U.S. at 856.  Dismissal without the filing of an
answer or the State court record has been found warranted when
"it appears on the face of the petition that petitioner is not
entitled to relief."  Siers v. Ryan, 773 F.2d 37, 45 (3d Cir.
1985), cert. denied, 490 U.S. 1025 (1989); see also McFarland,
512 U.S. at 856; United States v. Thomas, 221 F.3d 430, 437 (3d
Cir. 2000) (habeas petition may be dismissed where "none of the
grounds alleged in the petition would entitle [the petitioner] to
relief").

### III.  DISCUSSION

A. Jurisdiction

The general habeas statute, 28 U.S.C. § 2241, provides in
relevant part:

> (c) The writ of habeas corpus shall not
> extend to a prisoner unless – . . . He is in
> custody in violation of the Constitution or
> laws or treaties of the United States.

28 U.S.C. § 2241(c)(3).

Lack of subject matter jurisdiction may be raised by the
Court sua sponte at any time.  See Bender v. Williamsport Area
School Dist., 475 U.S. 534, 541 (1986); Louisville & Nashville
Railroad Co. v. Mottley, 211 U.S. 149, 152 (1908).

To invoke habeas corpus review by a federal court, the
petitioner must satisfy two jurisdictional requirements:  the
status requirement that the person be "in custody," and the
substance requirement that the petition challenge the legality of

3

that custody on the ground that it is in violation of the Constitution or laws or treaties of the United States.  See Maleng v. Cook, 490 U.S. 488, 490 (1989); 1 James S. Liebman & Randy Hertz, Federal Habeas Corpus Practice and Procedure § 8.1 (4th ed. 2001).

The "in custody" requirement is satisfied where the state has imposed "significant restraints on petitioner's liberty . . . which are in addition to those imposed by the State upon the public generally." Lehman v. Lycoming County Children's Services Agency, 458 U.S. 502, 508 (1982) (quoting Jones v. Cunningham, 371 U.S. 236, 242 (1963)); see also Hensley v. Mun. Court, San Jose Milpitas Judicial Dist., 411 U.S. 345, 351 (1973) ("The custody requirement of the habeas corpus statute is designed to preserve the writ of habeas corpus as a remedy for severe restraints on individual liberty"). While collateral consequences, such as the ability to vote, engage in certain businesses, hold public office, or serve as a juror, may avoid mootness of a petition where the petitioner was released after the petition was filed, collateral consequences are not sufficient to satisfy the custody jurisdictional requirement. See Spencer, 523 U.S. at 7-8; Maleng, 490 U.S. at 491-92. Because nothing in the Petition shows that Petitioner was "in

4

custody" at the time he filed the Petition, this Court lacks jurisdiction.[2]

B.  Certificate of Appealability

    This Court denies a certificate of appealability because Petitioner has not made "a substantial showing of the denial of a constitutional right" under 28 U.S.C. § 2253(c)(2).  See Miller-El v. Cockrell, 537 U.S. 322 (2003).

## IV.  CONCLUSION

    Based on the foregoing, the Court dismisses the Petition for lack of jurisdiction and denies a certificate of appealability.


                              s/Renée Marie Bumb
                              **RENÉE MARIE BUMB**
                              United States District Judge


Dated: January 31, 2012

---

    [2] Even if this Court had jurisdiction, the pleading would be dismissed as incomprehensible, since it names hundreds of unrelated respondents and strings together unrelated citations.

5



**Whistleblower Office**

## DEPARTMENT OF THE TREASURY
### INTERNAL REVENUE SERVICE

September 14, 2017

AZAEL D. PERALES
PO BOX 501
FULLERTON, CA 92836-0501

Claim Number: See Attached List
RE: THOMAS
Contact Representative Number: 801-620-2169
(This is not a toll-free number)
Contact Address: Internal Revenue Service
1973 N Rulon White Blvd. MS 4110
Ogden, UT 84404

Dear Azael D. Perales:

We received your Form 211 with the information you furnished and have assigned the above claim number(s). We will evaluate the information you provided to determine if an investigation is warranted and an award is appropriate. Please retain this notice for future reference.

It is necessary for you to provide your contact information in the event we need additional information regarding your claim or to conduct an interview.

If we initiate an investigation as a result of your information, it is important to understand that it could take several years until final resolution of all tax matters. This is especially true if the taxpayer exercises all administrative and judicial appeal rights. In addition, before we can pay an award, we must collect any additional taxes, penalties, or fines, assessed by reason of your information. Collection action could also take several years.

At the conclusion of our review and/or investigation, we will only be able to tell you whether or not the information you provided met our criteria for paying an award. Unfortunately, we cannot tell you specific details about what actions we took, if any, using the information you gave us. Internal Revenue Code Section 6103 protects the tax information of all taxpayers and prevents us from making these disclosures.

We will notify you as soon as all actions relating to your claim have been completed. Please note that we will be sending all correspondence from this office regarding this claim to you at the address you provided. If you move or change the address to which you want correspondence directed, you **must** inform this office in writing of the change of address. Failure to notify this office of a change of address regarding this claim could result in you not receiving time-sensitive correspondence.

Additional information about the whistleblower claim process can be found in Publication 5251, *The Whistleblower Claim Process.* Publication 5251 can be found online at IRS.gov.

Sincerely,

/s/ Layne Carver for

Joseph Hebb, Program Manager
Whistleblower Office, SPPA